**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**May 6, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-21091
Summary Calendar
_____

GUY RALPH PEREA, President of the United States;
TAMMY DAWN PEREA, Vice President of the United States,

Petitioners-Appellants,

versus

GEORGE W. BUSH, Governor of Texas; HOUSTON INTERCONTINENTAL
AIRPORT, also known as Bush Intercontinental Airport; KATHYN
CASSIDY; UNITED STATES OF AMERICA,

Respondents-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-03-CV-3881
--------------------

Before GARWOOD, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

Guy Ralph Perea and Tammy Dawn Perea, who are apparently a husband and wife and also state prisoners in California, filed this action in federal district court in Texas under the habeas corpus statutes. The district court dismissed the case, correctly concluding that personal jurisdiction was lacking. See 28 U.S.C. § 2241(d); In re Green, 39 F.3d 582, 583 (5th Cir. 1994).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Because the Pereas offer no factual or legal basis for challenging this conclusion, the appeal is DISMISSED as frivolous.  5TH CIR. R. 42.3.